Michael B. Wixom, Esq.
Nevada Bar No. 2812
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
kln@slwlaw.com

Attorneys for Defendant
PHH Mortgage Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEENA KING,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and PHH MORTGAGE CORPORATION, A foreign corporation<br><br>Defendants. | Case No. 2:18-cv-01272-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PHH MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to the stipulation of Plaintiff Deena King ("King") and Defendant PHH Mortgage Corporation ("PHH"), and LR IA 6-1, the parties hereby stipulate and jointly request, through their respective undersigned counsel, that PHH shall have a 14-day extension to answer or otherwise respond to the Complaint for Violations of the Fair Credit Reporting Act (ECF No. 1). Currently, PHH's response is due August 15, 2018. The parties request that PHH instead have up to and including August 29, 2018 to respond to the Complaint. This time is requested so that the parties can conduct further investigation of the claims. This is the first request for an extension of PHH's deadline to respond to the Complaint.

| | |
|---|---|
| Dated this 10th day of August, 2018. | Dated this 10th day of August, 2018. |
| SMITH LARSEN & WIXOM | COGBURN LAW OFFICES |
| /s/ Karl L. Nielson | /s/ Erik W. Fox |
| Michael B. Wixom, Esq.<br>Nevada Bar No. 2812<br>Karl L. Nielson, Esq.<br>Nevada Bar No. 5082<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>Attorneys for Defendant<br>PHH Mortgage Corporation | Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>550 Painted Mirage Rd.<br>Suite 320<br>Las Vegas, NV 89149<br>Attorneys for Plaintiff |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 13, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2018, a true copy of the foregoing **Stipulation and Order to Extend Time for Defendant PHH Mortgage Corporation to Answer or Otherwise Respond to the Complaint (First Request)** was filed and served electronically via the Court's CM/ECF system to the following:

COGBURN LAW OFFICES
Jamie S. Cogburn
Jsc@cogburnlaw.com
Erik W. Fox
efox@cogburnlaw.com
*Attorneys for Plaintiff*

/s/ Mindy Wortman
an employee of Smith Larsen & Wixom