# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEENA KING, | Case No.: 2:18-cv-01272-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 13) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | |
| Defendant(s). | |

Before the Court is the Plaintiff and Defendant Equifax's notice of settlement. Docket No. 13. The Court **ORDERS** these parties to file a stipulation of dismissal no later than December 17, 2018.

IT IS SO ORDERED.

Dated: October 16, 2018

NANCY J. KOPPE  
United States Magistrate Judge

1