**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DEENA KING,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, PHH MORTGAGE CORPORATION, a Foreign Company,<br><br>        Defendants. | Case No.:<br>2:18-cv-01272-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

IT IS HERBY STIPULATED by and between Plaintiff, Deena King ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Equifax Information Services, LLC in the above-captioned shall be and hereby are dismissed with prejudice.

…

…

…

…

…

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

Dated this 10th day of January, 2019.   Dated this 10th day of January, 2019.

COGBURN LAW OFFICES   CLARK HILL PLLC

By: */s/ Erik W. Fox*   By: */s/Jeremy J. Thompson*
    Jamie S. Cogburn, Esq.       Jeremy J. Thompson, Esq.
    Nevada Bar No. 8409       Nevada Bar No. 12503
    Erik W. Fox, Esq.       3800 Howard Hughes Parkway, Ste. 500
    Nevada Bar No. 8804       Las Vegas, Nevada 89169
    2580 St. Rose Parkway, Suite 330       *Attorneys for Defendant, Equifax*
    Henderson, Nevada 89074       *Information Services, LLC*
    *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

January 11, 2019

DATE

Page 2 of 2